ERNEST BAKER, Respondent, v. GEORGE A. WELCOME, SR., AND GEORGE A. WELCOME, JR., Doing Business under the Style and Name of GEORGE A. WELCOME AND SON BUS LINE, Impleaded with THOMAS HALLINAN, Appellant.— Judgment and order unanimously affirmed, with costs, the court determining that if there was a technical error in the charge it was not prejudicial and should be disregarded under section 1317 of the Code of Civil Procedure.

ROBERT G. BAKER, Respondent, v. JAMES CONWAY, Appellant.— Judgment and order unanimously affirmed, with costs.

MARTHA DONNELLY, an Infant, by ANDREW DONNELLY, Her Guardian ad Litem, Respondent, v. HERBERT MORRIS, Appellant.— Judgment and order unanimously affirmed, with costs.

JOHN HAPP, Respondent, v. WILLIAM SKINNER, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

ALICE FULLER LEROY, Respondent, v. JOHN TOWNSEND, Appellant.— Judgment and order unanimously affirmed, with costs.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of GUISEPPE INSANA, Respondent, for Compensation under the Workmen's Compensation Law, v. NORDENHOLT CORPORATION, Employer, and THE TRAVELERS INSURANCE COMPANY, Insurance Carrier, Appellants.— Award reversed and claim dismissed on the authority of *Matter of Keator* v. *Rock Plaster Mfg. Co.* (224 N. Y. 540) and *Matter of Anderson* v. *Johnson Lighterage Co.* (Id. 539). All concur. [See 193 App. Div. 1, 929.]

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of Mrs. FRANCESCO CIRIELLO, Respondent, for Compensation for Herself and Children on Account of the Death of LAWRENCE CIRIELLO, Deceased, v. GREAT LAKES DREDGE AND DOCK COMPANY, Employer, and EMPLOYERS' LIABILITY ASSURANCE CORPORATION, LTD., Insurance Carrier, Appellants.— Award affirmed. All concur, except Cochrane and H. T. Kellogg, JJ., dissenting.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of LORETTA GUILIANA, Respondent, for Compensation under the Workmen's Compensation Law, v. MAX CHASIN and MAX COHEN, Employers, and ROYAL INDEMNITY COMPANY, Insurer, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of MARY MOONEY, Respondent, for Compensation under the Workmen's Compensation Law, v. DELMONICO's, Employer, and ZURICH GENERAL ACCIDENT AND LIABILITY INSURANCE COMPANY, LTD., Insurance Carrier, Appellants.— Award unanimously affirmed.